**Exhibit A**
**Statement of Claim**
**Plaintiff Nelson Enrique Vasconez**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Hourly Rate[1] | Average Weekly Commissions[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 5/2/22 - 4/15/24 | 102.14 | 47 | $ 15.00 | $ 230.77 | $ 29.86 | $ 17,842.82 | $ 17,842.82 |
| | | | | | | $ 17,842.82 | $ 17,842.82 |

|   |   |
|---|---|
| Total Unpaid Overtime Wages[1] = | $ 17,842.82 |
| Total Liquidated Damages[1] = | $ 17,842.82 |
| Total[1] = | $ 35,685.64 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.